RAFAEL E. ALVARADO JR. (SBN 247904)
City Attorney
CITY OF FREMONT
3300 Capitol Avenue, Bld. A
Fremont, CA 94537-5006
Tel: (510) 284-4030
Fax: (510) 284-4031

PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue,
Daly City, CA 94015
Telephone: (415) 213-4098

Attorneys for Defendants
CITY OF FREMONT and CHRISTOPHER BORZONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE RILES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, a Public Entity; CHRISTOPHER BORZONE, an individual; and DOES 1 TO 10;<br><br>Defendants. | Case No. 3:24-cv-02986-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The parties, acting by and through their attorneys of record, stipulate pursuant to **41(a)(1)(A)** for an Order dismissing the entire action with prejudice each side to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: July 26, 2024

Respectfully submitted,
KIRAKOSIAN LAW, APC

By: ___/s/___
GREGORY L. KIRAKOSIAN
Attorneys for Plaintiff,
CHARLOTTE RILES

Dated: July 26, 2024

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP

By: ___/s/ Patrick Moriarty___
PATRICK MORIARTY
JOHN B. ROBINSON
Attorneys for Defendants
CITY OF FREMONT and CHRISTOPHER BORZONE

### ~~[PROPOSED]~~ ORDER

Good cause appearing the stipulation IS SO ORDERED.

DATED: August 1, 2024

HONORABLE JUDGE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE